No. 814. NEW YORK EX REL. SACKETT *v.* LYNCH ET AL. Motion to dismiss submitted February 24, 1934. Decided March 19, 1934. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a properly presented federal question. *Kipley* v. *Illinois,* 170 U.S. 182, 186, 187; *Layton* v. *Missouri,* 187 U.S. 356, 358; *Jacobi* v. *Alabama,* 187 U.S. 133, 135; *Saltonstall* v. *Saltonstall,* 276 U.S. 260, 267, 268. *Mr. Wm. F. Unger* for appellant. *Mr. Henry Epstein* for appellees.

No. 804. BETTS *v.* RAILROAD COMM'N. Motion to affirm submitted February 20, 1934. Decided March 19, 1934. *Per Curiam:* The motion of the appellee to affirm is granted, and the decree is affirmed. *Napa Valley Electric Co.* v. *Railroad Comm'n,* 251 U.S. 366; *Grubb* v. *Public Utilities Comm'n,* 281 U.S. 470, 475–479; *American Surety Co.* v. *Baldwin,* 287 U.S. 156, 164, 165. *Mr. Leslie R. Hewitt* for appellant. *Messrs. Arthur T. George* and *Ira H. Rowell* for appellee.